IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES NELSON,

       Plaintiff,

v.                                    Case No. 1:17cv91-MW/GRJ

J. HICKS, et al.,

       Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED f**or abuse of the judicial process." The Clerk shall terminate all pending motions and close the file.

**SO ORDERED on May 2, 2017.**

                                                  s/Mark E. Walker     
                                                  **United States District Judge**